UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BEVERLY RYSER, Individually and as Personal Rep. of Decedent JONATHAN D. RYSER,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA, Commissioner of Social Security,<br><br>Defendant. | NO. CV-04-0327-EFS<br><br>[PROPOSED] ORDER FOR DISMISSAL |

This matter comes on regularly through the parties' stipulation, through their respective counsel, for dismissal of this cause with prejudice and without costs or fees awarded to any party. Now, therefore, the Court finds that good cause exists to dismiss this action and

IT IS HEREBY ORDERED that this action is dismissed with prejudice and each party shall bear their own costs and fees.

IT IS SO ORDERED this __9th__ day of ~~December, 2005~~. January, 2006

s/ Edward F. Shea
_____
EDWARD F. SHEA
United States District Judge

Presented by:

_____
TIMOTHY M. DURKIN
Assistant U.S. Attorney
920 West Riverside, Ste. 300
Spokane, WA 99201
Phone: 509-353-2767
USA-WAE-TDurkin@usdoj.gov

_____
THOMAS J. FLAHERTY
Plaintiff's Counsel
3032 SE Road Bride Drive
Hillsboro, OR 97123
Phone: 503-245-2500
stahlco@teleport.com

P51221DC.TD1